Jennifer Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com

FISHER ZUCKER LLC
Jeffrey Zucker (*pro hac vice* application forthcoming)
jzucker@fisherzucker.com
Frank A. Reino (*pro hac vice* application forthcoming)
freino@fisherzucker.com
21 S. 21st Street
Philadelphia, PA 19103
Telephone: (215) 825-3100

*Attorneys for Defendant It's Just Lunch International, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC and SARA DARLING<br><br>Plaintiffs,<br><br>v.<br><br>IT'S JUST LUNCH INTERNATIONAL, LLC<br><br>Defendant. | Case No. 2:19-CV-01006-APG-GWF |

**STIPULATION AND ORDER
EXTENDING TIME TO FILE RESPONSIVE PLEADING
(First Request)**

IJL Midwest Milwaukee, LLC and Sara Darling ("Plaintiffs") and It's Just Lunch International, LLC ("Defendant"), by and through their counsel of record, hereby submit this stipulation to extend the time for Defendant to respond to the Complaint pursuant to

| | |
|---|---|
| 1 | LR IA 6-1.  This is the first request for an extension to respond to the Complaint and is not intended to cause any delay or prejudice any party, but rather to allow the parties to explore resolution of this action.  Further, this request is not being made after expiration of the time period to respond to the Complaint. |

LR IA 6-1.  This is the first request for an extension to respond to the Complaint and is not intended to cause any delay or prejudice any party, but rather to allow the parties to explore resolution of this action.  Further, this request is not being made after expiration of the time period to respond to the Complaint.

In view of the forgoing, and in the interest of judicial economy, the undersigned counsel, with the authority of their respective clients, stipulate and agree that the Defendant shall have until August 19, 2019, in order to Answer or otherwise respond to the Complaint in this action.

**IT IS SO ORDERED.**

Dated: June 21, 2019

_____
UNITED STATES MAGISTRATE JUDGE

| HOWARD & HOWARD ATTORNEYS PLLC | NAYLOR & BRASTER |
|---|---|
| By:  /s/ Robert Hernquist<br>Mathew Kreutzer, Nevada Bar No. 8834<br>Robert Hernquist, Nevada Bar No. 10616<br>Wells Fargo Tower, Suite 1000<br>3800 Howard Hughes Parkway<br>Las Vegas, Nevada 89169-5980<br>Telephone (702) 257-1483<br>Attorneys for Plaintiffs,<br>IJL Midwest Milwaukee, LLC<br>and Sara Darling<br>Dated: June 17, 2019 | By:  /s/ Jennifer L. Braster<br>Jennifer Braster<br>Nevada Bar No. 9982<br>1050 Indigo Drive, Suite 200<br>Las Vegas, Nevada 89145<br>Telephone: (702) 420-7000<br>Attorneys for Defendant,<br>It's Just Lunch International, LLC<br>Dated June 17, 2019 |