Jennifer Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com

FISHER ZUCKER LLC
Jeffrey Zucker (admitted *pro hac vice*)
jzucker@fisherzucker.com
Frank A. Reino (admitted *pro hac vice*)
freino@fisherzucker.com
21 S. 21st Street
Philadelphia, PA 19103
Telephone: (215) 825-3100

*Attorneys for Defendant It's Just Lunch International, LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC and SARA DARLING<br><br>Plaintiffs,<br><br>v.<br><br>IT'S JUST LUNCH INTERNATIONAL, LLC<br><br>Defendant. | Case No. 2:19-CV-01006-APG-EYJ |

**STIPULATION AND ORDER**
**TO STAY CASE FOR PRIVATE MEDIATION**

IJL Midwest Milwaukee, LLC and Sara Darling ("Plaintiffs") and It's Just Lunch

International, LLC ("Defendant"), by and through their counsel of record, hereby submit

this stipulation to stay this matter while the parties submit their dispute to private mediation.

In view of the forgoing, and in the interest of judicial economy, the undersigned counsel, with the authority of their respective clients, stipulate and agree to the following:

1. The parties will agree on the selection of a private mediator within 14 days of August 23, 2019;

2. The mediation will occur no less than 90 days from August 23, 2019;

3. The mediation will be in-person and the following representatives from each party must be present: (a) Plaintiffs will be represented by Sara Darling, Scott Evert and Scott Hagel; and (b) Defendant will be represented by Kenneth Johnson and Melissa Brown;

4. Each of the parties will send the mediator confidential mediation statements, which mediation statements shall include a written settlement proposal, 14 days before the scheduled mediation;

5. Counsel for the parties shall be available to respond to the chosen mediator's requests for additional information/documentation preceding the date of the in-person mediation session; and

6. Unless otherwise ordered by the Court, this matter is stayed pending the earlier of the chosen mediator's declaration of an impasse, or two weeks following the date of the in-person mediation session.

| DADY & GARDNER, P.A. | NAYLOR & BRASTER |
|---|---|
| By: */s/ John D. Holland* <br> John D. Holland, (admitted *pro hac vice*) <br> 5100 IDS Center <br> 80 South 8th Street <br> Minneapolis, MN 55402 <br> Telephone: (612) 359-3504 <br> Attorneys for Plaintiffs, <br> IJL Midwest Milwaukee, LLC <br> and Sara Darling <br> Dated: August 22, 2019 | By: /s/*Jennifer Braster* <br> Jennifer Braster <br> Nevada Bar No. 9982 <br> 1050 Indigo Drive, Suite 200 <br> Las Vegas, NV 89145 <br> Telephone: (702) 420-7000 <br> Attorneys for Defendant, <br> It's Just Lunch International, LLC <br> Dated August 22, 2019 |
| HOWARD & HOWARD ATTORNEYS PLLC <br> Robert Hernquist, Nevada Bar No. 10616 <br> Matthew J. Kreutzer, Nevada Bar No. 8834 <br> 3800 Howard Hughes Parkway, Suite 1000 <br> Las Vegas, NV 89169 <br> Telephone: (702) 257-1483 <br> Facsimile: (702) 567-1568 | FISHER ZUCKER LLC <br> Jeffrey Zucker (admitted *pro hac vice*) <br> jzucker@fisherzucker.com <br> Frank A. Reino (admitted *pro hac vice*) <br> freino@fisherzucker.com <br> 21 S. 21st Street <br> Philadelphia, PA 19103 <br> Telephone: (215) 825-3100 |

**IT IS SO ORDERED.**

Dated: August 23, 2019

_____
Honorable Elayna J. Youchah
United States Magistrate Judge