UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC and SARA DARLING, | Case No. 2:19-CV-01006-APG-EJY |
| Plaintiff, | **ORDER** |
| v. | |
| IT'S JUST LUNCH INTERNATIONAL, LLC, | |
| Defendant. | |

This matter is before the Court on Defendant's Motion to Extend Time to File Responsive Pleading (ECF No. 23).

The Court having considered the Motion, and the representation that Plaintiff has no objection,

IT IS HEREBY ORDERED that Defendant shall have through and including August 23, 2019 to answer or otherwise file a responsive pleading to the Complaint.

DATED: August 23, 2019

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE