# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC and SARA DARLING, <br><br> Plaintiff <br><br> v. <br><br> IT'S JUST LUNCH INTERNATIONAL, LLC, <br><br> Defendant | Case No.: 2:19-cv-01006-APG-EJY <br><br> **Order for Status Report** |

On November 6, 2019, I granted the parties' motion to stay this lawsuit so they could pursue private mediation. ECF No. 28. The parties expected the mediation to occur on December 11, 2019, and agreed that this matter would remain stayed pending the earlier of the mediator's declaration of an impasse or two weeks after the mediation session. *Id.* at 2-3. The parties have not filed anything since then.

I THEREFORE ORDER the parties to file a status report by June 19, 2020. The failure to do so may result in dismissal of this action without further notice.

DATED this 1st day of June, 2020.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE