UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC and SARA DARLING, <br><br>Plaintiff, <br><br>v. <br><br>IT'S JUST LUNCH INTERNATIONAL, LLC, <br><br>Defendant. | Case No. 2:19-CV-01006-APG-EJY <br><br>**ORDER** |

Before the Court is the Joint Status Report (ECF No. 30) in which the parties represent that, after substantial effort, they have been unable to reach resolution of this case. The parties further agree that the stay of this case, originally granted on August 23, 2019, should be lifted.

Accordingly,

IT IS HEREBY ORDERED that the stay of case is lifted and effective as of today's date.

IT IS FURTHER ORDERED that the parties shall submit a joint proposed discovery plan and scheduling order within seven days of the date of this Order.

Dated this 23rd day of June, 2020

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE