Jennifer Braster
Nevada Bar No. 9982
NAYLOR & BRASTER
1050 Indigo Drive, Suite 200
Las Vegas, NV 89145
Telephone: (702) 420-7000
Facsimile: (702) 420-7001
jbraster@nblawnv.com

FISHER ZUCKER LLC
Jeffrey Zucker (admitted *pro hac vice*)
jzucker@fisherzucker.com
Frank A. Reino (admitted *pro hac vice*)
freino@fisherzucker.com
21 S. 21st Street
Philadelphia, PA 19103
Telephone: (215) 825-3100
*Attorneys for It's Just Lunch International, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC and SARA DARLING<br><br>Plaintiffs,<br><br>v.<br><br>IT'S JUST LUNCH INTERNATIONAL, LLC<br><br>Defendant/Counterclaimant/Third-Party Plaintiff and Third-Party Counterclaim Defendant,<br><br>v.<br><br>IJL MIDWEST MILWAUKEE, LLC, IJL MIDWEST HOLDINGS, LLC, IJL MIDWEST CHICAGO, LLC, IJL MIDWEST CLEVELAND, LLC, IJL MIDWEST DENVER, LLC, IJL DC HOLDINGS, LLC and SARA DARLING.<br><br>Counterclaim Defendants/Counterclaims. | Case No. 2:19-CV-01006-APG-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINES FOR EXPERT WITNESS DISCLOSURES** |

IJL Midwest Milwaukee, LLC, Sara Darling, IJL Midwest Holdings, LLC's, IJL Midwest Chicago LLC's, IJL Cleveland, LLC's, IJL Midwest Denver, LLC's and IJL DC Holdings, LLC's and It's Just Lunch International, LLC, by and through their counsel of record, hereby submit this stipulation to extend deadlines for expert witness disclosures.

In view of the forgoing, and in the interest of judicial economy, the undersigned counsel, with the authority of their respective clients, stipulate and agree to the following pursuant to Local Rule 26-3:

1. On June 30, 2020, the Court entered a Scheduling Order which, among other things, set a deadline of January 21, 2021, for the exchange of expert witness disclosures pursuant to Fed. R. Civ. P. 26(a)(2)(D). Docket No. 34 at ¶ 4.

2. The parties have exchanged written discovery demands.

3. Depositions, expert disclosures and supplemental written discovery demands (if necessary) remain to be completed.

4. Good cause exists to extend the expert disclosures deadline because the parties are continuing good faith settlement discussions. As a result, the parties have not moved forward with retaining expert witnesses.

5. Accordingly, the parties stipulate and respectfully request the Court to extend the expert disclosures to February 18, 2021, and rebuttal expert disclosures to March 11, 2021.

6. The remaining deadlines in the Scheduling Order shall remain the same.

**IT IS SO ORDERED.**

Dated: December 21, 2020

_____
Honorable Elayna J. Youchah
United States Magistrate Judge

HOWARD & HOWARD ATTORNEYS PLLC       NAYLOR & BRASTER

By: ____/s/ Robert Hernquist_____      By: _____/s/Jennifer Braster_____
Robert Hernquist                                              Jennifer Braster
Nevada Bar No. 10616                                     Nevada Bar No. 9982
Wells Fargo Tower, Suite 1000                         1050 Indigo Drive, Suite 200
3800 Howard Hughes Parkway                        Las Vegas, NV 89145
Las Vegas, Nevada 89169-5980                       Telephone: (702) 420-7000
Telephone: (702) 257-1483                              Attorneys for Defendant and
Attorneys for Plaintiffs and                               Third-Party Plaintiff,
Third-Party Defendants                                     It's Just Lunch International, LLC
Dated: December 18, 2020                              Dated: December 18, 2020

and                                                                      and
DADY & GARDNER, P.A.                                FISHER ZUCKER LLC
John D. Holland (admitted *pro hac vice*)       Jeffrey Zucker (admitted *pro hac vice*)
5100 IDS Center                                               Frank A. Reino (admitted *pro hac vice*)
80 South 8th Street                                           21 S. 21st Street
Minneapolis, MN 55402                                   Philadelphia, PA 19103
Telephone: (612) 359-3504                              Telephone: (215) 825-3100