UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC and SARA DARLING,<br><br>     Plaintiff<br><br>v.<br><br>IT'S JUST LUNCH INTERNATIONAL, LLC,<br><br>     Defendant | Case No.: 2:19-cv-01006-APG-EJY<br><br>**Order Denying Motions *in Limine* as Moot**<br><br>[ECF Nos. 70, 71] |

In light of the parties' settlement (ECF No. 73),

I ORDER that the motions *in limine* **(ECF Nos. 70, 71) are DENIED as moot**.

DATED this 14th day of October, 2022.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE