HOWARD & HOWARD ATTORNEYS PLLC
Robert Hernquist, Nevada Bar No. 10616
rwh@h2law.com
Matthew J. Kreutzer, Nevada Bar No. 8834
mjk@h2law.com
Wells Fargo Tower, Suite 1000
3800 Howard Hughes Parkway
Las Vegas, Nevada 89169-5980
Telephone: (702) 257-1483
Facsimile: (702) 567-1568

DADY & GARDNER, P.A.
John D. Holland (*Pro hac vice application forthcoming*)
jholland@dadygardner.com
5100 IDS Center, 80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 359-3504

*Attorneys for Plaintiffs and Counterclaim Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| IJL MIDWEST MILWAUKEE, LLC, SARA DARLING, IJL MIDWEST HOLDINGS, LLC, IJL MIDWEST CHICAGO, LLC, IJL CLEVELAND, LLC, IJL MIDWEST DENVER, LLC, and IJL DC HOLDINGS, LLC, <br><br> Plaintiffs/Counter-Defendants, <br><br> vs. <br><br> IT'S JUST LUNCH INTERNATIONAL, LLC, <br><br> Defendant/Counterclaimant. | Case No.  2:19-cv-01006-APG-EJY <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** <br><br><br> Complaint File:  5/15/2019 <br><br> Case Removed to Federal Court: 6/12/2019 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), counsel for Plaintiffs/Counter-Defendants/Counterclaim Defendants IJL Midwest Milwaukee, LLC, Sara Darling, IJL Midwest Holdings, LLC, IJL Midwest Chicago, LLC, IJL Cleveland, LLC, IJL

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483  FAX: (702) 567-1568

Midwest Denver, LLC, and IJL DC Holdings, LLC (collectively the "Midwest Parties" or "Franchisees") and Defendant/Counterclaimant It's Just Lunch International, LLC ("IJL" or "Franchisor") hereby stipulate and agree that claims asserted by, or that could have been asserted by, any of the Midwest Parties against IJL, and the claims asserted by, or that could have been asserted by, IJL against any of the Midwest Parties in the above-entitled action be dismissed with prejudice.

The Midwest Parties and IJL further stipulate and agree that each shall bear their own costs, expenses, disbursements, and attorneys' fees.

Date:   January 3, 2022

Respectfully Submitted.

DADY & GARDNER, P.A

By: */s/John D. Holland*
    John D. Holland (admitted *pro hac vice*)
    and
    HOWARD & HOWARD ATTORNEYS PLLC
    Mathew Kreutzer, Nevada Bar No. 8834
    Robert Hernquist, Nevada Bar No. 10616

    *Attorneys for Plaintiffs and Counterclaim*
    *Defendants*

    and

    FISHER ZUCKER LLC

By:*/s/Frank A. Reino*
    Jeffrey Zucker (admitted *pro hac vice*)
    Frank A. Reino (admitted *pro hac vice*)
    and
    NAYLOR & BRASTER
    Jennifer Braster, Nevada Bar No. 9982

    *Attorneys for Defendant/Counterclaimant*
    *It's Just Lunch International, LLC*

IT IS SO ORDERED:

Dated:_____January 4, 2023_____

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

HOWARD & HOWARD ATTORNEYS, PLLC
3800 Howard Hughes Parkway, Suite 1000
Las Vegas, Nevada 89169
(702) 257-1483 FAX: (702) 567-1568